JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation, | Case No. CV 18-5009-DMG (SKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALEXIA ADMOR FRENCH DESIGNER GROUP LTD, a New York Corporation; JOSEPH GURFINKEL, an Individual; NORDSTROM, INC. a Washington Corporation, | |
| Defendants. | |

The Court having granted summary judgment in favor of Defendants ALEXIA ADMOR FRENCH DESIGNER GROUP LTD and JOSEPH GURFINKEL and against Plaintiff JITRADE, INC. by order filed February 20, 2019 [Doc. # 48], and the Court having, on May 17, 2019, dismissed defendant NORDSTROM, INC. with prejudice [Doc. # 56] pursuant to the stipulation of Plaintiff and Defendant NORDSTROM, INC.,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff JITRADE, INC. shall have and recover nothing by way of its complaint herein.

DATE: May 17, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-